461 A.2d 882

Commonwealth v. Bing, Appellant.

Petition for Allowance of Appeal Denied Oct. 3, 1983.

Submitted March 24, 1983. Joseph J. Huss, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CIRILLO and HOFFMAN, JJ.

Affirmed.

June 24, 1983.

461 A.2d 883

Commonwealth v. Blanchard, Appellant.

Submitted March 22, 1983. Larry Elliott Stone, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CIRILLO and HOFFMAN, JJ.

Affirmed.